REED E. SCHAPER (SBN 082792)
rschaper@hkemploymentlaw.com
DEREK K. ISHIKAWA (SBN 270275)
dishikawa@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
233 Wilshire Boulevard, Suite 600
Santa Monica, CA 90401
Telephone: (310) 255-0705
Facsimile: (310) 255-0986

Attorneys for Defendant
VITAS HEALTHCARE CORPORATION
OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADENIKE JOSEPH,<br><br>          Plaintiff,<br><br>vs.<br><br>VITAS HEALTHCARE CORPORATION OF CALIFORNIA, a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No.<br>[State Court Case No. 19STCV16124]<br><br>**DECLARATION OF DEAN ROBERTSON IN SUPPORT OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441 (A)(B); 28 U.S.C. § 1332**<br><br>[Filed Concurrently with Civil Coversheet; Notice of Removal; Certificate of Interested Parties; and Declarations of Derek Ishikawa and Eliana Brown]<br><br>Complaint Filed: May 8, 2019 |

DEAN ROBERTSON DECLARATION ISO REMOVAL TO FEDERAL COURT
CASE NO.

4834-3579-8680

# DECLARATION OF DEAN ROBERTSON

I, Dean Robertson, an adult resident of the State of Florida, declare as follows:

1. I am the Assistant Vice President, Senior Corporate Counsel of VITAS Healthcare Corporation. I have personal knowledge of the facts stated herein, and could and would testify competently thereto, if called upon to do so.

2. The Plaintiff, Adenike Joseph, has sued Defendant VITAS Healthcare Corporation of California in this matter.

3. VITAS Healthcare Corporation of California is a corporation organized under the laws of the State of Delaware.

4. At the time of the filing of the Complaint in this case and as of today, the headquarters of VITAS Healthcare Corporation of California are located at 201 South Biscayne Boulevard, Suite 400, Miami, Florida 33131. At the time of the filing of the Complaint in this case and as of today, the large majority of the officers of VITAS Healthcare Corporation of California resides and works in the Miami, Florida area and, when decisions are made about the business of VITAS Healthcare Corporation of California, such decisions are made by those officers in Miami, Florida.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of June, 2019, in Miami, Florida.

_____
Dean Robertson

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 233 Wilshire Boulevard, Suite 600, Santa Monica, California 90401. On June 7, 2019, I served the following document(s) by the method indicated below:

**DECLARATION OF DEAN ROBERTSON IN SUPPORT OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441 (A)(B); 28 U.S.C. § 1332**

☐ by transmitting **via facsimile** on this date from fax number (415) 834-0443 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal. R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, in the **United States mail** at Santa Monica, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited in the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing **messenger delivery** of the envelope(s) to the person(s) at the address(es) set forth below. I am readily familiar with the business practice of my place of employment with respect to the collection and processing of correspondence, pleadings and notices for hand delivery. On June 7, 2019, I caused to be served via messenger the above-listed documents.

☐ by **personally delivering** the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an **express mail service** for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☐ by transmitting via **email** on this date the document(s) listed above to the email address(es) set forth below.

☐ by submitting an **electronic** version of the document(s) listed above to the court's approved electronic service vendor.

Kaveh S. Elihu, Esq.
Employee Justice Legal Group
3055 Wilshire Boulevard, Suite 1120
Los Angeles, CA 90010
T: (213) 382-2222
F: (213) 382-2230

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed by an officer of a member of the bar of this Court at whose direction the service was made. Executed on June 7, 2019 at Santa Monica, California.

*Robbin DeRuisé*
Robbin DeRuisé